IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01259-BNB

ALEX NAUMENKOV,

Plaintiff,

v.

TCS, INC.,
OPERATIONS MANAGER OF DENVER OFFICE MR. VON CLOEDT,
CO-OWNER DAN REDD, and
PREVIOUS MANAGER MR. REDD,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2008

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 21, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01259-BNB

Alex Naumenkov
394 E. 117th Place
Northglenn, CO 80233

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/21/08

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk