FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01259-WYD-KMT

ALEX NAUMENKOV,

    Plaintiff,

v.

TCS, INC.,
OPERATIONS MANAGER OF DENVER OFFICE MR. VON CLOEDT,
CO-OWNER DAN REDD, and
PREVIOUS MANAGER MR. REDD,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: December 2, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01259-WYD-KMT

Alex Naumenkov
394 E. 117th Place
Northglenn, CO 80233

US Marshal Service
Service Clerk
Service forms for: TCS, Inc, Mr. Von Cloedt, and Dan Redd

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Safeway, Inc: AMENDED COMPLAINT FILED 09/15/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/2/08.

                                          GREGORY C. LANGHAM, CLERK

                                          By: _____
                                                     Deputy Clerk