IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01259-WYD-KMT

ALEX NAUMENKOV,

    Plaintiff,

v.

TCS, INC.,
OPERATIONS MANAGER OF DENVER OFFICE MR. VON CLOEDT,
CO-OWNER DAN REDD, and
PREVIOUS MANAGER MR. REDD,

    Defendants.

## MINUTE ORDER

**KATHLEEN M. TAFOYA, United States Magistrate Judge**

Plaintiff's Motion for Reconsideration (Doc. No. 35, filed on February 4, 2009) is DENIED for the same reasons set forth in the court's previous order denying counsel (#25).

Dated this 18th day of February, 2009